UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20488-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

MOHAMMAD AHMED KAHN *et al.*,

    Defendants.
_____/

### ORDER ON DEFENDANT'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

**THIS MATTER** is before the Court on Defendant Joe Nathan Hightower's Motion for Permission to Bring Electronic Equipment into the Courtroom ("Motion"). (ECF No. 162). After careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF Nos. 162), is **GRANTED**.
2. Paralegal, Jeanny Labourdette, and Legal Intern, Brandon Rothstein Brandon Rothstein, are permitted to bring their lap-tops, computer equipment, and cell phones into the courthouse for trial, beginning on July 5, 2023, until trial is completed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2023.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provide to:
All Counsel of Record